No opinion. Concur—Kupferman, J. P., Ross, Asch and Kassal, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY HIGGINS, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch and Kassal, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JAMISON, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch and Kassal, JJ.

LAWRENCE ZOMBEK, Respondent, v JULLIETTE WILLIAMS, Appellant.

Plaintiff commenced an action seeking to evict defendant